UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KIRSHA BROWN,**

      **Plaintiff,**

v.                                                     Case No:   6:14-cv-1162-Orl-22TBS

**PRO MAG ENERGY,**

      **Defendant.**

## ORDER

This cause is before the Court on the Motion to Proceed *In Forma Pauperis* (Doc. No. 2) filed on July 18, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED and the Second Amended Complaint be DISMISSED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 3, 2014 (Doc. No. 9), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion to Proceed *In Forma Pauperis* is hereby DENIED.

3. The Second Amended Complaint is DISMISSED.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on October 27, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Kirsha Brown, *pro se*